# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA WOODCOX, EUGENE WOODCOX, MICHELLE CONTRERAS and LOUIS CONTRERAS, <br><br>Plaintiffs, <br><br>v. <br><br>VOLKSWAGEN GROUP OF AMERICA, INC., D/B/A VOLKSWAGEN OF AMERICA, INC., VOLKSWAGEN AG, ROSEVILLE VOLKSWAGEN, LLC, THE NIELLO COMPANY, and DOES 1 through 50, inclusive, <br><br>Defendants. | Case No. 2:17-cv-00215-WBS-DB <br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT** <br><br>Judge: Hon. William B. Shubb <br>Courtroom: 5, 14th Floor |

Before the Court is the parties' Joint Stipulation to Extend Time for Defendants to Respond to Initial Complaint. For good cause shown, the Joint Stipulation is GRANTED.

1. Defendants shall not be required to answer or otherwise respond to the complaint in this action until after the Court has ruled on the pending Motion to Remand (Dkt. 5) and the Motion to Stay (Dkt. 6);

2. If this action is not stayed, remanded, or transferred, Defendants shall have 30 days following the Court's orders on the pending Motion to Remand and the Motion to Stay to answer, move, plead or otherwise respond to the complaint.

1  **IT IS SO ORDERED**.

2

3  Dated:  February 16, 2017

4  _____
   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE